UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61690-CIV-COHN/SELTZER

TAMIKO P. WALKER,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal [DE 20]. The Court being informed that the parties have reached a settlement in this action, it is **ORDERED AND ADJUDGED** that the parties' Stipulation for Dismissal With Prejudice [DE 7] is hereby **GRANTED**. The Fair Debt Collection Practices Act claims are therefore **DISMISSED with prejudice**, while the claims under the Florida Consumer Collection Practices Act and the Telephone Consumer Protection Act are **DISMISSED without prejudice**, each party to bear their own costs and attorney's fees. The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of July, 2010.

JAMES I. COHN
United States District Judge

copies to:

counsel of record as listed on CM/ECF